# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX   (212) 764-3701

May 12, 2015

**VIA ECF**

The Honorable Joanna Seybert  
United States District Court  
Eastern District of New York  
Long Island Courthouse  
100 Federal Plaza  
Central Islip, NY 11722

    Re:    *Friends of the East Hampton Airport et al. v. The Town of East Hampton*,  
              *15 Civ. 2246 (JS) (ARL)*

Dear Judge Seybert:

      Plaintiffs in the above-referenced action respectfully write, with Defendant's consent, to submit the enclosed stipulation and proposed order to extend Defendant's agreement not to enforce the Town of East Hampton's airport restrictions until the conclusion of the hearing before Your Honor on May 18, 2015 at 10:00 a.m. The parties respectfully request that the Court so-order the stipulation and proposed order.

                                                                                                 Respectfully submitted,

                                                                                                 */s/ Lisa Zornberg*

                                                                                                 Lisa Zornberg

Enclosure

cc:  
Peter Kirsch, Esq.  
Eric Pilsk, Esq.  
Eric Bregman, Esq.  
AUSA Robert Schumacher