Law Offices
of
# LYNN, GARTNER, DUNNE & COVELLO, LLP
330 Old Country Road, Suite 103
Mineola, New York 11501

JOSEPH COVELLO
JOHN W. DUNNE**
KENNETH L. GARTNER*
ROBERT P. LYNN, JR.

Telephone (516) 742-6200
Facsimile (516) 742-5294
www.lgdcllp.com

Email: rplynn@lgdcllp.com

STEPHEN W. LIVINGSTON
TIFFANY D. FRIGENTI

\* Also Admitted in D.C.
\*\* Also Admitted in CT

May 15, 2015

*Via ECF*
Hon. Joanna Seybert
United States District Court
Eastern District of New York
D'Amato Courthouse
Central Islip, New York 11722

   Re: Friends of the East Hampton Airport, Inc. et al
      vs. The Town of East Hampton
      15-cv-02246 (JS) (ARL)
      Application of Air Pegasus Corp. to Intervene

Dear Judge Seybert:

  I write on behalf of our client Air Pegasus Corp. who seeks leave to intervene as a plaintiff in the above-matter.

  Air Pegasus is the operator of the East Side Heliport at 30th Street, in Manhattan, and its affiliates operate and provide helicopter services to East Hampton.

  The addition of our client as a plaintiff will not delay the pending matter, or complicate any of the issues presently before the Court.

  We will be appearing on its behalf at Monday's argument.

  Counsel at our firm who will be working on behalf of our client are Joseph Covello and Tiffany Frigenti, in addition to the undersigned.

  We are serving a copy of this letter-motion upon all counsel who have appeared to date.

             Respectfully submitted,

             Robert P. Lynn, Jr.

RPL/pk
cc: All Counsel by ECF