# Exhibit 5

**Federal Aviation Administration**

March 22, 2022

| TO: | CC: | CC: |
|---|---|---|
| Town of East Hampton | Andrew Barr | James Brundige |
| 159 Pantigo Road | Cooley LLP | 173 Daniels Hole Road |
| East Hampton, NY 11937 | 1144 15th St. Suite 2300 | Wainscott, NY 11975 |
| pvanscoyoc@ehamptonny.gov | Denver, CO 80202 | jbrundige@ehamptonny.gov |
| | abarr@cooley.com | |

## NOTICE OF AIRPORT AIRSPACE ANALYSIS DETERMINATION
## DEACTIVATE LANDING AREA
## *** NO OBJECTION/NO OBJECTION WITH CONDITIONS ***

The Federal Aviation Administration(FAA) has conducted an aeronautical study under the provisions of Title 14 of the Code of Federal Regulations, Part 157, concerning:

RE: *(See attached Table 1 for referenced case(s))*

Table 1 - Letter Referenced Case(s)

| ASN | Prior ASN | Airport Name | Description | Location | Latitude (NAD83) | Longitude (NAD83) | Airport Elevation (feet) |
|---|---|---|---|---|---|---|---|
| 2022-AEA-313-NRA | | EAST HAMPTON | Deactivate East Hampton Airport (HTO). Sponsor requests airport be abandoned/deactivated on 5/17/2022. | EAST HAMPTON, NY | 40-57-33.90N | 72-15-06.00W | 54 |

Description: Deactivate East Hampton Airport (HTO). Sponsor requests airport be abandoned/deactivated on 5/17/2022.

We have no objection to your request to de-activate the Airport, HTO , EAST HAMPTON .

HTO - Remote Transmitter Receiver (RTR) Frequency 118.95 MHz - No Objection provided equipment remains at current location under existing Real Estate no cost lease agreement. If it is determined that the equipment cannot remain at the current location, equipment/service relocation may be required. Planning and Requirement should coordinate with various stakeholders as appropriate.

HTO Runway End Identification Lights (REIL) - Decommission the FAA owned RWY 10 REIL. FAA owned equipment shall be NOTAM'd out of service upon deactivation. Any subsequent action to convey equipment for reactivation would be done by APM-413 Personal Property Lifecycle Section and with the local SSC Management to transfer ownership of the FAA REIL to the Town of East Hampton, Aviation Property Management.

Automated Weather Observing System (AWOS) - Aeronautical Information Services lists the following public use airports listing the HTO AWOS as an available weather data source servicing that airport: FOK, 0B8, MTP, 21N, 49N. The AWOS service will be unavailable upon deactivation. Issue service NOTAM as appropriate. Coordination will be required with the airport operator and the FAA National Flight Data Center (NFDC) to update the FAA Chart Supplement with the airport decommissioning data. The airport needs to coordinate with the NFDC to remove these services from Aeronautical Information Services.

Upon official notice of actual deactivation date, ALL instrument flight procedures published for HTO will be slated for cancelation / removal from publication (All instrument flight procedures will be NOTAM'd "NOT AUTHORIZED" from deactivation date until actual procedure cancelation date if required due to actual timeline.)

The licensee, (Town of East Hampton) is required to modify their Airport identifier in their current FCC license's WQPY 735 121.9 MHz Ground, 125.225 MHz Local Tower, and WQWJ 751 118.075M AWOS. No changes to technical parameters or updates are required at this time. Modifications should be completed as part of any activation process. In addition, the applicant (Town of East Hampton) should submit an application to the FAA for coordination through the WebFCR process and their modifications should be completed in the FCC Universal Licensing System (ULS).