# Exhibit 6

under § 150.21 of FAR part 150, that the statutorily required consultation has been accomplished.

The FAA has formally received the noise compatibility program for DLH, also effective on April 11, 2022. Preliminary review of the submitted material indicates that it conforms to the requirements for the submittal of noise compatibility programs, but that further review will be necessary prior to approval or disapproval of the program. The formal review period, limited by law to a maximum of 180 days, will be completed on or before October 8, 2022.

The FAA's detailed evaluation will be conducted under the provisions of 14 CFR part 150, § 150.33. The primary considerations in the evaluation process are whether the proposed measures may reduce the level of aviation safety, create an undue burden on interstate or foreign commerce, or be reasonably consistent with obtaining the goal of reducing existing non-compatible land uses and preventing the introduction of additional non-compatible land uses.

Interested persons are invited to comment on the proposed program with specific reference to these factors. All comments, other than those properly addressed to local land use authorities, will be considered by the FAA to the extent practicable. Copies of the noise exposure maps, the FAA's evaluation of the maps, and the proposed noise compatibility program can be viewed online at the DLH website at *https://duluthairport.com/noise-study/#documents.* To review the documents in person, please contact the Airport by phone at (218) 727–2968 to set up a visit in their office at: Duluth Airport Authority, Attn: Tom Werner 4701 Grinden Drive, Duluth, MN 55811.

Questions may be directed to the individual named above under the heading, **FOR FURTHER INFORMATION CONTACT**.

Issued in Minneapolis, Minnesota, April 11, 2022.

**E. Lindsay Butler,**

*Manager, Dakota-Minnesota Airports District Office.*

[FR Doc. 2022–08046 Filed 4–14–22; 8:45 am]

**BILLING CODE P**

## DEPARTMENT OF TRANSPORTATION (DOT)

**Federal Aviation Administration**

**Permanent Closure of the Public-Use of East Hampton Airport**

**AGENCY:** Federal Aviation Administration (FAA), DOT.

**ACTION:** Notice of closure of the public-use of East Hampton Airport (HTO).

**SUMMARY:** The FAA received written notice on January 20, 2022 from the Town of East Hampton, followed by an amended request on February 17, 2022, advising that effective May 17, 2022, the Town will be closing the public-use East Hampton Airport (HTO), East Hampton, New York.

**DATES:** The closure of the public-use airport is effective as of May 17, 2022.

**FOR FURTHER INFORMATION CONTACT:** Mahendra Raghubeer, Manager, Safety and Standards Branch, Federal Aviation Administration, 1 Aviation Plaza, Jamaica, NY 11434 Tel: 718–553–3352, email: *Aea600@faa.gov.*

**SUPPLEMENTARY INFORMATION:** HTO is a general aviation airport in the National Plan of Integrated Airport Systems (NPIAS). The Town of East Hampton has owned and operated HTO for several decades. HTO previously received federal grants-in-aid for airport development and was subject to statutory grant assurances, but the Town is no longer contractually obligated to continue operating HTO as a public use airport. On January 20, 2022, and amended on February 17, 2020, the Town of East Hampton notified the FAA that it seeks to deactivate HTO on May 17, 2022 as a public-use airport and activate a new private-use airport, at the same location, on May 19, 2022. Section 46319 of title 49 of the United States Code (49 U.S.C. 46319) provides that a public agency (as defined in 49 U.S.C. 47102) may not permanently close an airport in the NPIAS without providing written notice to the FAA Administrator at least 30 days before the date of the closure. In this case, the public-use airport will be closed. The FAA recognizes the correspondence received on January 20, 2022 from the Town of East Hampton, followed by the amended request on February 17, 2022, meets that requirement. The FAA is publishing the Town of East Hampton's notice to close the public-use of HTO in accordance with 49 U.S.C. 46319(b).

Issued in Jamaica, New York on April 11, 2022.

**David A. Fish,**

*Director, Eastern Region Airports Division.*

[FR Doc. 2022–08059 Filed 4–14–22; 8:45 am]

**BILLING CODE 4910–13–P**

## DEPARTMENT OF TRANSPORTATION

**Federal Railroad Administration**

[Docket No. FRA–2022–0002–N–5]

**Proposed Agency Information Collection Activities; Comment Request**

**AGENCY:** Federal Railroad Administration (FRA), Department of Transportation (DOT).

**ACTION:** Notice of information collection; request for comment.

**SUMMARY:** Under the Paperwork Reduction Act of 1995 (PRA) and its implementing regulations, this notice announces that FRA is forwarding the Information Collection Requests (ICRs) abstracted below to the Office of Management and Budget (OMB) for review and comment. These ICRs describe the information collections and their expected burdens. On January 14, 2022, FRA published a notice providing a 60-day period for public comment on the ICRs.

**DATES:** Interested persons are invited to submit comments on or May 16, 2022.

**ADDRESSES:** Written comments and recommendations for the proposed ICRs should be sent within 30 days of publication of this notice to *www.reginfo.gov/public/do/PRAMain.* Find the particular ICR by selecting ''Currently under 30-day Review—Open for Public Comments'' or by using the search function.

**FOR FURTHER INFORMATION CONTACT:** Ms. Hodan Wells, Information Collection Clearance Officer at email: *Hodan.Wells@dot.gov* or telephone: (202) 493–0440.

**SUPPLEMENTARY INFORMATION:** The PRA, 44 U.S.C. 3501–3520, and its implementing regulations, 5 CFR part 1320, require Federal agencies to issue two notices seeking public comment on information collection activities before OMB may approve paperwork packages. *See* 44 U.S.C. 3506, 3507; 5 CFR 1320.8 through 1320.12. On January 14, 2022, FRA published a 60-day notice in the **Federal Register** soliciting comment on the ICRs for which it is now seeking OMB approval. *See* 87 FR 2482. FRA received no comments in response to this notice.

Before OMB decides whether to approve the proposed collections of information, it must provide 30 days for public comment. Federal law requires OMB to approve or disapprove paperwork packages between 30 and 60 days after the 30-day notice is published. 44 U.S.C. 3507(b)–(c); 5 CFR 1320.12(a); *see also* 60 FR 44978, 44983