# Exhibit 16

**PUBLICLY OWNED AIRPORTS that transitioned from public-use to private-use**

| LocationID | State | City | FacilityName | |
|---|---|---|---|---|
| 0AA1 | AK | YAKATAGA | YAKATAGA | Turf; PPR; owned by FAA |
| 0AA4 | AK | FAREWELL | FAREWELL | gravel/dirt; PPR; owned by FAA |
| 1AK3 | AK | COLD BAY | PORT MOLLER | gravel/dirt; PPR; owned by BLM |
| AA15 | AK | DILLINGHAM | SHANNONS POND | seaplane base; PPR; owned by State of Alaska |
| 88AZ | AZ | ROOSEVELT | GRAPEVINE AIRSTRIP | concrete; PPR; owned by US Forest Svc |
| NUQ | CA | MOUNTAIN VIEW | MOFFETT FEDERAL AFLD | concrete; PPR; owned by NASA |
| TTS | FL | TITUSVILLE | NASA SHUTTLE LANDING FACILITY | concrete; PPR; owned by NASA |
| 3IS9 | IL | GRAND TOWER | GRAND TOWER | helipad; PPR; owned by municipality |
| 53KT | KY | LIBERTY | LIBERTY-CASEY COUNTY | asphault; PPR; owned by Casey County |
| 5KY4 | KY | ELKTON | STANDARD FIELD | turf; PPR; owned by County |
| 9KY9 | KY | PAINTSVILLE | PAINTSVILLE-PRESTONSBURG-COMBS FIELD | asphault; PPR; owned by  County |
| 4MN5 | MN | GRACEVILLE | KAPAUN-WILSON FIELD | turf; PPR; owned by City |
| 9MN3 | MN | BARNESVILLE | BARNESVILLE MUNI | turf; PPR; owned by City |
| NE46 | NE | GREELEY | GREELEY MUNI | turf; PPR; owned by City |
| OG62 | OR | MYRTLE CREEK | MYRTLE CREEK MUNI | helipad; PPR; owned by municipality |
| 5SD3 | SD | BOWDLE | BOWDLE MUNI | turf; PPR; owned by City |
| SD50 | SD | HARROLD | HARROLD MUNI | composite; PPR; owned by City |
| 2XA0 | TX | CROWELL | FOARD COUNTY | asphalt/turf; PPR; owned by County |
| 4WI9 | WI | CORNELL | CORNELL MUNI | asphault; PPR; privately owned |

*several have curfews or seasonal closures; outside of NASA none have towers