

Law Offices of
PAUL A. LANGE LLC

Writer's Direct Extension: 102
als@lopal.com
www.lopal.com

80 Ferry Boulevard
Stratford, CT 06615
phone 203-375-7724
fax 203-375-9397

445 Park Ave., 9th Floor
New York, NY 10022
phone 212-385-1215
fax 212-608-1215
www.lopal.com

May 19, 2022

**VIA ECF FILING**

Hon. Joanna Seybert
United States District Judge
Eastern District of New York
United States District Court
100 Federal Plaza Courtroom 1030
Central Islip, New York 11722

Re:   **Friends of the East Hampton Airport, Inc., et al. v. Town of East Hampton**
      **Case No. 15-cv-2246-JS-ARL**

Dear Honorable Judge Seybert:

As you are aware, the undersigned represents Sound Aircraft Services, Inc. ("Sound"), a named Plaintiff in the above captioned matter.   We appeared before your honor earlier this week to advise the Court as to Sound's position with respect to the recent filings in the instant matter. Today, Sound filed applications to intervene in the related matters pending in New York Supreme Court for Suffolk County before Justice Baisley.   Courtesy copies of those filings are enclosed herewith.

Respectfully,

Alison L. Squiccimarro

cc:   Counsel of Record via ECF

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------)
In the Matter of the Application of:                    )          Index No. 602802/2022
                                                        )
BLADE AIR MOBILITY, INC., BONNIE                        )          Hon. Paul J. Baisley, J.S.C.
BRADY, THOMAS DEAN, JASON DELAND,                       )
LISA DEVEGLIO, MICHAEL DONNELLY,                        )
RUSSELL MUSON, and ALICIA WHITAKER,                     )
                                                        )
                    Petitioners.                        )
                                                        )
                                                        )          **[PROPOSED] ORDER TO**
For an Order and Judgment Pursuant to CPLR              )          **SHOW CAUSE**
Article 78                                              )
                                                        )
        -against-                                       )
                                                        )
TOWN OF EAST HAMPTON, TOWN BOARD,                       )
OF THE TOWN OF EAST HAMPTON, and                        )
PETER VAN SCOYOC, in his official capacity as           )
EAST HAMPTON TOWN SUPERVISOR                            )
                                                        )
                    Respondents.                        )
                                                        )
                                                        )
------------------------------------------------------------)

     **UPON** reading the annexed Affidavit of Steven Tuma, dated May ___, 2022 and the

exhibits annexed thereto, the accompanying Affirmation of Urgency in Support of Intervenor's

Order to Show Cause, and upon all of the pleadings and proceedings heretofore and herein, and

sufficient cause having been shown,

     **LET** Intervenor, by its attorneys, show cause before this Court at IAS Part 36, of the

Supreme Court of the State of New York, County of Suffolk, to be held at the Court, located at 1

Court Street, Riverhead, New York, Room _____ on May ___, 2022 at 10:00 o'clock a.m. or as

soon thereafter as counsel may be heard, why an order should not be entered pursuant to Article

7082(d) of the Civil Practice Law and Rules permitting Sound Aircraft Services, Inc. to intervene in the within matter.

Sufficient cause appearing therefore, it is hereby

**ORDERED** that opposition papers, if any, are to be served upon Intervenor's counsel via e-filing on or before the _____ day of May, 2022; and it is further;

**ORDERED** that reply papers, if any, shall be served upon Petitioner and Respondent's counsel via e-filing on or before the _____ day of May, 2022; and it is further;

**ORDERED** that service of a copy of this order and the papers upon which it is based be made on or before the _____ day of May, 2022 by e-filing same, and that such service shall be deemed good and sufficient notice of this application; and

**ORDERED** that during the pendency of the within application that Sound Aircraft Service, Inc. receive timely notice by service on its respective counsel of all proceedings in the within matter.

_____
Hon. Paul J. Baisley, Jr.



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

### 602801/2022

### The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York

### Assigned Judge: Paul J Baisley

## Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
|-------|---------------|
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN - berlinm@gtlaw.com**

**PHILIP M. BOWMAN - pbowman@cooley.com**

**BRIAN C. DOYLE - Brian.Doyle@gtlaw.com**

**DALE R. GOLDSTEIN - goldsteind@gtlaw.com**

**JOHN J. HENRY - JHenry@woh.com**

**ADAM M. KATZ - akatz@cooley.com**

**ADAM B. KIRSCHBAUM - kirschbauma@gtlaw.com**

**CHRISTOPHER M. MCDONALD - cmcdonald@woh.com**

**CHRISTOPHER A. RENKE - carenke@lgdlaw.com**

**NICHOLAS C. RIGANO - nrigano@riganollc.com**

**STEVEN C. RUSSO - russos@gtlaw.com**

**DANIEL A. RUZOW - druzow@woh.com**

**Alison Squiccimarro - als@lopal.com**

---

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------------)

In the Matter of the Application of:        )      Index No. 602802/2022

        )

BLADE AIR MOBILITY, INC., BONNIE   )      Hon. Paul J. Baisley, J.S.C.
BRADY, THOMAS DEAN, JASON DELAND,   )
LISA DEVEGLIO, MICHAEL DONNELLY,   )
RUSSELL MUSON, and ALICIA WHITAKER,   )

        )

        Petitioners.        )

        )

For an Order and Judgment Pursuant to CPLR   )
Article 78        )

        )

      -against-        )

        )

TOWN OF EAST HAMPTON, TOWN BOARD,   )
OF THE TOWN OF EAST HAMPTON, and   )
PETER VAN SCOYOC, in his official capacity as   )
EAST HAMPTON TOWN SUPERVISOR   )

        )

        Respondents.        )

        )

        )

------------------------------------------------------------)

**AFFIRMATION OF URGENCY IN SUPPORT OF INTERVENOR'S ORDER TO SHOW
<u>CAUSE</u>**

ALISON L. SQUICCIMARRO, an attorney duly admitted to practice law in the courts of this state, hereby affirms under the penalty of perjury, pursuant to CPLR 2106, that the following is true and correct:

1. I am associated with the Law Offices of Paul A. Lange, LLC, with offices located at 445 Park Ave., 9th Floor, New York, NY 10022-8632, and am duly licensed to practice law in the State of New York. My firm represents Sound Aircraft Services, Inc. ("Sound").

2. I submit this affirmation in support of Intervenor's application by order to show cause for intervention in the within matter.

3. I am fully familiar with the facts and circumstances of this case. The following statements are based on my personal knowledge, that of the attorneys in my firm, and information provided by my clients based on their personal knowledge.

4. Pursuant to CPLR 7802(d), proposed intervenor Sound respectfully seeks and Order permitting it to intervene in this matter, receive notice and to be heard as appropriate.

## Legal Standard

5. CPLR §7802(d) is the specific provision governing intervention in CPLR article 78 proceedings. Elinor Homes Co. v. St. Lawrence, 113 A.D.2d 25, 494 N.Y.S. 2d 889 (2d Dept., 1985).

6. CPLR §7802(d) provides: "Other interested persons. The court may direct that notice of the proceeding be given to any person. It may allow other interested persons to intervene."

7. CPLR §7802(d) "grants the court broader power to allow intervention in an article 78 proceeding than is provided pursuant to either CPLR 1012 or 1013 in an action." Elinor Homes Co. v. St. Lawrence, 113 A.D.2d at 28.

8. "The court has discretion to allow intervention in a CPLR article 78 proceeding at any time, provided the movant is an interested person." <u>Elinor Homes Co. v. St. Lawrence</u>, 113 A.D.2d at 28 (citing Siegel, NY Prac §564 (1978)).

### Factual Allegations

9. As detailed more fully in the accompanying Affidavit of Steve Tuma simultaneously served and filed ("Tuma Aff."), Sound is a long-standing tenant at East Hampton Airport (the "Airport") and has operated as a Fixed Based Operator ("FBO") for over thirty (30) years. Tuma Aff, ¶1.

10. Sound is the sole provider of aviation services to aircraft at the Airport. Id. ¶4, Sound is entirely reliant on an operational airport for the very existence of its business. Id., ¶6. There are no other airports from which Sound operates. Id., ¶5.

11. An extended closure of the Airport for the duration of these proceedings would, at a minimum, significantly harm Sound's business. Id., ¶12. A permanent closure of the Airport by the Town would most definitely be fatal. Id., ¶12.

12. This Court's Monday, May 17, 2022 Temporary Restraining Orders in the three related matters substantially impact Sound. Id., ¶14. The nighttime May 17, 2022, letter from the Federal Aviation Administration ("FAA") to Respondent Town of East Hampton ("Town") ("FAA Letter") further impacts Sound for a variety of articulated safety reasons. The Town's May 18, 2022 Emergency Motion to Vacate or Modify TRO further frames the impacts of this Court's Orders, and especially the implementation of those Orders, following issuance of the FAA's letter. Id., ¶16-18.

13. The Court's Orders, the FAA Letter and future actions of this Court have the potential for significant impacts upon Sound including, but not limited to, what type of operations

should be expected at the Airport and ensuring that Sound has the personnel and resources to provide services for the operations that are anticipated at the Airport.

## Argument

14. As detailed herein and in the accompanying Tuma Aff., Sound is an interested party. What occurs at the Airport has very real and substantial consequences on Sound. In particular, Sound must be ready and able to provide the required services at the Airport pursuant to its lease with the Town. Being ready and able to provide the services, means that Sound must have the equipment, resources and personnel to provide the required services.

15. The uncertainty and confusion regarding the status of the Airport and operations anticipated at the Airport create substantial difficulties for Sound in planning for the equipment, resources and personnel.

16. The foregoing demonstrates that Sound is an interested party who should receive notice of the proceedings and have an opportunity to be heard if its interests are implicated.

17. Allowing Sound to intervene in the above captioned matter will not delay proceedings and no party could claim prejudice for allowing Sound to receive notice and be heard on matters relating to the continued viability of its business.

18. As this matter is rapidly developing with orders to show cause being presented almost daily on a variety of issues, Sound respectfully requests that this matter be addressed urgently.

## Conclusion

19. For each the foregoing reasons and those set forth in the accompanying Tuma Aff, Sound respectfully requests that the Court grant the instant application and allow Sound to intervene in the above captioned matter, receive notice going forward and have an

opportunity to be heard regarding matters that directly impact Sound's continued viability

as the sole provider of FBO services at the Airport.

Dated:          May 19, 2022

_____
Alison L. Squiccimarro



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

### 602801/2022

### The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York

### Assigned Judge: Paul J Baisley

## Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
|-------|---------------|
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN** - berlinm@gtlaw.com

**PHILIP M. BOWMAN** - pbowman@cooley.com

**BRIAN C. DOYLE** - Brian.Doyle@gtlaw.com

**DALE R. GOLDSTEIN** - goldsteind@gtlaw.com

**JOHN J. HENRY** - JHenry@woh.com

**ADAM M. KATZ** - akatz@cooley.com

**ADAM B. KIRSCHBAUM** - kirschbauma@gtlaw.com

**CHRISTOPHER M. MCDONALD** - cmcdonald@woh.com

**CHRISTOPHER A. RENKE** - carenke@lgdlaw.com

**NICHOLAS C. RIGANO** - nrigano@riganollc.com

**STEVEN C. RUSSO** - russos@gtlaw.com

**DANIEL A. RUZOW** - druzow@woh.com

**Alison Squiccimarro** - als@lopal.com

---

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-------------------------------------------------------------)

In the Matter of the Application of:      )

      )

BLADE AIR MOBILITY, INC., BONNIE    )
BRADY, THOMAS DEAN, JASON DELAND, )
LISA DEVEGLIO, MICHAEL DONNELLY,  )
RUSSELL MUSON, and ALICIA WHITAKER, )

      )

      Petitioners.    )

      )

For an Order and Judgment Pursuant to CPLR )
Article 78      )

      )

    -against-    )

      )

TOWN OF EAST HAMPTON, TOWN BOARD, )
OF THE TOWN OF EAST HAMPTON, and  )
PETER VAN SCOYOC, in his official capacity as )
EAST HAMPTON TOWN SUPERVISOR  )

      )

      Respondents.    )

      )

      )

-------------------------------------------------------------)

Index No. 602802/2022

Hon. Paul J. Baisley, J.S.C.

**AFFIDAVIT OF STEVE TUMA IN SUPPORT OF APPLICATION FOR
INTERVENTION OF SOUND AIRCRAFT SERVICES, INC. IN THE ABOVE
<u>CAPTIONED MATTER</u>**

STATE OF NEW YORK     )
                             ) ss:
COUNTY OF SUFFOLK     )

**STEVE TUMA,** being duly sworn, deposes and says:

1. I am the President and Chief Executive Officer of Sound Aircraft Services Inc. ("Sound"). Sound started operations at East Hampton Airport (the "Airport") in July of 1990 and expanded to offer fixed-based-operator ("FBO") services on or about 1995.

2. I make this Affidavit in support of Sound's application to intervene in the above captioned matter so that it will receive notice of and have an opportunity to be heard at future proceedings in this matter.

3. I am a lifelong resident of the Town of East Hampton (the "Town").

4. Sound is currently a tenant at the Airport and has a Lease and Operating Agreement with the Town. Sound is the sole provider of these services at the Airport.

5. Sound does not operate at any other airport.

6. Sound's continued existence is dependent on an operational Airport.

7. The Lease and Operating Agreement with the Town requires that Sound provide fuel, line service, and passenger handling services ("required services") at the Airport.

8. The equipment, resources and personnel required for Sound to provide the required services varies by the anticipated operations and demands at the Airport. Simply stated, changes in the number of operations at the Airport dramatically impact the demands placed on Sound in terms of having the equipment, resources, and personnel to meet the demands of increased operations. Likewise, a significant reduction or elimination of operations at the Airport will impact Sound because it will not have the revenue to support the equipment, resources and personnel on hand. Depending on the significance of the change in demands, time may be required to adjust to meet the needs of the Airport and remain compliant with the terms of the Lease.

9. Presently, Sound and I support the Town's efforts to close the Airport temporarily for thirty-three (33) hours and reopen as JPX a private use airport where the Town can implement a Private Permission Required system for operations.

10. The Town has convinced me that it is sincere in its actions and that its efforts to implement a Private Permission Required system for operations will lead to a sustainable solution whereby the Airport will continue to operate and be able to sustain itself for years to come.

11. The Town has previously made clear that if it is unable to find a sustainable solution it will close the Airport.

12. Should the Airport close permanently or for an extended period of time it will directly and substantially impact Sound's business and its continuing viability.

13. Based on the Town's plans, I have engaged in extensive business planning to ensure the continued compliance with my Lease and Operating Agreement with the Town and to keep my business viable through this transition.

14. The Temporary Restraining Order issued by this Court earlier this week has led to confusion and uncertainty and placed strain on Sound's efforts to ensure the resources to meet the needs of the Airport.

15. In addition to managing the quickly changing requirements and demands, over the last three (3) days Sound has been forced to deal with an onslaught of calls from its customers seeking clarity on whether they can safely and legally operate from the Airport.

16. In direct response to the Temporary Restraining Orders, on May 17, 2022, the Federal Aviation Administration ("FAA") wrote a letter to the Town ("FAA May 17, 2022 Letter"). A true and accurate copy of the FAA May 17, 20222 Letter is annexed hereto as Attachment 1.

17. The FAA May 17, 2022 Letter states "... the paramount concern of the FAA is assuring aviation safety, including during the process of the activation or deactivation of an airport pursuant to 14 CFR part 157. The deactivation of East Hampton airport is a process that cannot

be quickly, and more importantly safely stopped, or undone, by the FAA, as certain steps have already been taken…". *See* FAA May 17, 2022 Letter at paragraph 2.

18. The FAA May 17, 2022 Letter further states "As a result of the actions already taken and processes in place, the FAA has significant concern that the Court and the parties have introduced a major safety issue into this complex airspace system." *See* FAA May 17, 2022 Letter at paragraph 8.

19. Sound has an interest in the above captioned matter to the extent that it implicates the future of the Airport, Sound's leasehold interest, and the future operation of Sound's business.

20. Sound's interest differs from the Town's interests because Sound has a leasehold interest and is a private business dependent on the continuing operation of the premises as an Airport.

21. Sound's interest differs from Petitioners in that Sound is the sole operating FBO at the Airport and is responsible for providing all services to aircraft at the Airport.

22. For the foregoing reasons, I respectfully request that Sound be permitted to intervene in the within matter such that it will receive notice of future proceedings and have an opportunity to be heard on such matters as they relate to Sound's ongoing business at the Airport.

STEVE TUMA

Sworn before me this
_____ day of May, 2022

_____
Notary Public

Cheryl J. Pharaoh
Notary Public-State of New York
No. 01PH6181999
Qualified in Suffolk County
My Commission Expires Feb. 11, 2024



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

**602801/2022**

**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**

**Assigned Judge: Paul J Baisley**

## Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
| --- | --- |
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN - berlinm@gtlaw.com**

**PHILIP M. BOWMAN - pbowman@cooley.com**

**BRIAN C. DOYLE - Brian.Doyle@gtlaw.com**

**DALE R. GOLDSTEIN - goldsteind@gtlaw.com**

**JOHN J. HENRY - JHenry@woh.com**

**ADAM M. KATZ - akatz@cooley.com**

**ADAM B. KIRSCHBAUM - kirschbauma@gtlaw.com**

**CHRISTOPHER M. MCDONALD - cmcdonald@woh.com**

**CHRISTOPHER A. RENKE - carenke@lgdlaw.com**

**NICHOLAS C. RIGANO - nrigano@riganollc.com**

**STEVEN C. RUSSO - russos@gtlaw.com**

**DANIEL A. RUZOW - druzow@woh.com**

**Alison Squiccimarro - als@lopal.com**

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of  2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------)
In the Matter of the Application of:                )         Index No. 602802/2022
                                                    )
BLADE AIR MOBILITY, INC., BONNIE                    )         Hon. Paul J. Baisley, J.S.C.
BRADY, THOMAS DEAN, JASON DELAND,                   )
LISA DEVEGLIO, MICHAEL DONNELLY,                    )
RUSSELL MUSON, and ALICIA WHITAKER,                 )
                                                    )
                        Petitioners.                )
                                                    )
For an Order and Judgment Pursuant to CPLR          )
Article 78                                          )
                                                    )
        -against-                                   )
                                                    )
TOWN OF EAST HAMPTON, TOWN BOARD,                   )
OF THE TOWN OF EAST HAMPTON, and                    )
PETER VAN SCOYOC, in his official capacity as       )
EAST HAMPTON TOWN SUPERVISOR                        )
                                                    )
                        Respondents.                )
                                                    )
                                                    )
------------------------------------------------------------)

## AFFIRMATION OF SERVICE

Alison L. Squiccimarro, an attorney duly admitted to practice before the courts of the

State of New York, states the following under penalty of perjury:

1. I am associated with the Law Offices of Paul A. Lange, LLC, counsel to Sound Aircraft

   Services, Inc.;

2. that on the 19th day of May, 2022, I served the within **ORDER TO SHOW CAUSE,**

   **AFFIRMATION OF URGENCY IN SUPPORT OF INTERVENOR'S ORDER TO**

   **SHOW CAUSE, AND AFFIDAVIT OF STEVE TUMA IN SUPPORT OF**

   **APPLICATION FOR INTERVENTION OF SOUND AIRCRAFT SERVICES,**

**INC. IN THE ABOVE CAPTIONED MATTER** by emailing a true and accurate copy

to:

Randy M. Mastro, Esq.
Orin Snyder, Esq.
Gabriel Herrmann, Esq.
Harris M. Mufson, Esq.
Akiva Shapiro, Esq.
Paul J. Kremer, Esq.
Declan T. Conroy, Esq.
Tessa Gellerson, Esq.
Jialin Yang, Esq.
*Attorneys for Petitioners*
Gibson, Dunn & Crutcher, LLP
200 Park Ave.
New York, NY 10166-0193
rmastro@gibsondunn.com
osnyder@gibsondunn.com
hmufson@gibsondunn.com
ashapiro@gibsondunn.com
pkremer@gibsondunn.com
dconroy@gibsondunn.com
tgellerson@gibsondunn.com
jyang@gibsondunn.com

Linda U. Margolin, Esq.
*Attorney for Petitioner*
Margolinbesunder LLP
3750 Express Drive South, Suite 200
Islandia, NY 11749
lmargolin@margolinbesunder.com

Philip M. Bowman, Esq.
*Attorney for Respondent*
Cooley LLP
55 Hudson Yards
New York, NY 10001
pbowman@cooley.com

William V. O'Connor, Esq.
*Attorney for Respondent*
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
woconnor@cooley.com

Andrew D. Barr, Esq.
*Attorney for Respondent*
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
abarr@cooley.com

Adam M. Katz, Esq.
*Attorney for Respondent*
Cooley LLP
500 Boylston St.
Boston, MA 02116
akatz@cooley.com

Dan Ruzow, Esq.
John Henry, Esq.
Christopher McDonald, Esq.
*Attorneys for Respondent*
Whiteman Osterman & Hanna LLP
One Commerce Plaza, 19th Floor
Albany, NY 12260
druzow@woh.com
jhenry@woh.com
cmcdonald@woh.com

Nicholas Rigano, Esq.
*Attorney for Respondent*
Rigano LLC
538 Broadhollow Road
Melville, NY 11747
nrigano@riganollc.com

1.  I am over the age of 18 and not a party to this action.

Alison L. Squiccimarro



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

**602801/2022**

**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**

**Assigned Judge: Paul J Baisley**

### Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
|-------|---------------|
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

### Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN** - berlinm@gtlaw.com

**PHILIP M. BOWMAN** - pbowman@cooley.com

**BRIAN C. DOYLE** - Brian.Doyle@gtlaw.com

**DALE R. GOLDSTEIN** - goldsteind@gtlaw.com

**JOHN J. HENRY** - JHenry@woh.com

**ADAM M. KATZ** - akatz@cooley.com

**ADAM B. KIRSCHBAUM** - kirschbauma@gtlaw.com

**CHRISTOPHER M. MCDONALD** - cmcdonald@woh.com

**CHRISTOPHER A. RENKE** - carenke@lgdlaw.com

**NICHOLAS C. RIGANO** - nrigano@riganollc.com

**STEVEN C. RUSSO** - russos@gtlaw.com

**DANIEL A. RUZOW** - druzow@woh.com

**Alison Squiccimarro** - als@lopal.com

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of  2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------)
In the Matter of the Application of:                            )          Index No. 602801/2022
                                                                )
The Coalition to Keep East Hampton Airport                     )          Hon. Paul J. Baisley, J.S.C.
Open, Ltd., Andrew Sabin, Michael Mancuso,                     )
Edmond Chakmakian, Kelly Bloss, Jennifer Faga,                 )
Robert Aspenleiter, Thomas Griffin, Douglas                    )
Donaldson, Harry Ellis, and Dr. George                         )
Dempsey,                                                        )
                                                                )
                          Petitioners.                         )          **[PROPOSED] ORDER TO**
                                                                )          **SHOW CAUSE**
                                                                )
For a Judgment Pursuant to CPLR Article 78                     )
                                                                )
         -against-                                             )
                                                                )
TOWN OF EAST HAMPTON                                           )
                                                                )
                          Respondents.                         )
                                                                )
                                                                )
-----------------------------------------------------------------)

**UPON** reading the annexed Affidavit of Steven Tuma, dated May ___, 2022 and the

exhibits annexed thereto, the accompanying Affirmation of Urgency in Support of Intervenor's

Order to Show Cause, and upon all of the pleadings and proceedings heretofore and herein, and

sufficient cause having been shown,

**LET** Intervenor, by its attorneys, show cause before this Court at IAS Part 36, of the

Supreme Court of the State of New York, County of Suffolk, to be held at the Court, located at 1

Court Street, Riverhead, New York, Room _____ on May ____, 2022 at 10:00 o'clock a.m. or as

soon thereafter as counsel may be heard, why an order should not be entered pursuant to Article

7082(d) of the Civil Practice Law and Rules permitting Sound Aircraft Services, Inc. to intervene

in the within matter.

Sufficient cause appearing therefore, it is hereby

**ORDERED** that opposition papers, if any, are to be served upon Intervenor's counsel via e-filing on or before the _____ day of May, 2022; and it is further;

**ORDERED** that reply papers, if any, shall be served upon Petitioner and Respondent's counsel via e-filing on or before the _____ day of May, 2022; and it is further;

**ORDERED** that service of a copy of this order and the papers upon which it is based be made on or before the _____ day of May, 2022 by e-filing same, and that such service shall be deemed good and sufficient notice of this application; and

**ORDERED** that during the pendency of the within application that Sound Aircraft Service, Inc. receive timely notice by service on its respective counsel of all proceedings in the within matter.


_____

Hon. Paul J. Baisley, Jr.



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

**602801/2022**

**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**

**Assigned Judge: Paul J Baisley**

## Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
|-------|---------------|
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)     Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN - berlinm@gtlaw.com**

**PHILIP M. BOWMAN - pbowman@cooley.com**

**BRIAN C. DOYLE - Brian.Doyle@gtlaw.com**

**DALE R. GOLDSTEIN - goldsteind@gtlaw.com**

**JOHN J. HENRY - JHenry@woh.com**

**ADAM M. KATZ - akatz@cooley.com**

**ADAM B. KIRSCHBAUM - kirschbauma@gtlaw.com**

**CHRISTOPHER M. MCDONALD - cmcdonald@woh.com**

**CHRISTOPHER A. RENKE - carenke@lgdlaw.com**

**NICHOLAS C. RIGANO - nrigano@riganollc.com**

**STEVEN C. RUSSO - russos@gtlaw.com**

**DANIEL A. RUZOW - druzow@woh.com**

**Alison Squiccimarro - als@lopal.com**

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of  2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------------------)

In the Matter of the Application of:         )     Index No. 602801/2022

                  )

The Coalition to Keep East Hampton Airport  )     Hon. Paul J. Baisley, J.S.C.
Open, Ltd., Andrew Sabin, Michael Mancuso,  )
Edmond Chakmakian, Kelly Bloss, Jennifer Faga,  )
Robert Aspenleiter, Thomas Griffin, Douglas  )
Donaldson, Harry Ellis, and Dr. George  )
Dempsey,  )

                  )

          Petitioners.  )

                  )

For a Judgment Pursuant to CPLR Article 78  )

                  )

     -against-  )

                  )

TOWN OF EAST HAMPTON  )

                  )

          Respondents.  )

                  )

                  )

------------------------------------------------------------------)

**AFFIRMATION OF URGENCY IN SUPPORT OF INTERVENOR'S ORDER TO SHOW
CAUSE**

ALISON L. SQUICCIMARRO, an attorney duly admitted to practice law in the courts of this state, hereby affirms under the penalty of perjury, pursuant to CPLR 2106, that the following is true and correct:

1. I am associated with the Law Offices of Paul A. Lange, LLC, with offices located at 445 Park Ave., 9th Floor, New York, NY 10022-8632, and am duly licensed to practice law in the State of New York. My firm represents Sound Aircraft Services, Inc. ("Sound").

2. I submit this affirmation in support of Intervenor's application by order to show cause for intervention in the within matter.

3. I am fully familiar with the facts and circumstances of this case. The following statements are based on my personal knowledge, that of the attorneys in my firm, and information provided by my clients based on their personal knowledge.

4. Pursuant to CPLR 7802(d), proposed intervenor Sound respectfully seeks and Order permitting it to intervene in this matter, receive notice and to be heard as appropriate.

**Legal Standard**

5. CPLR §7802(d) is the specific provision governing intervention in CPLR article 78 proceedings. Elinor Homes Co. v. St. Lawrence, 113 A.D.2d 25, 494 N.Y.S. 2d 889 (2d Dept., 1985).

6. CPLR §7802(d) provides: "Other interested persons. The court may direct that notice of the proceeding be given to any person. It may allow other interested persons to intervene."

7. CPLR §7802(d) "grants the court broader power to allow intervention in an article 78 proceeding than is provided pursuant to either CPLR 1012 or 1013 in an action." Elinor Homes Co. v. St. Lawrence, 113 A.D.2d at 28.

8. "The court has discretion to allow intervention in a CPLR article 78 proceeding at any time, provided the movant is an interested person." Elinor Homes Co. v. St. Lawrence, 113 A.D.2d at 28 (citing Siegel, NY Prac §564 (1978)).

## **Factual Allegations**

9. As detailed more fully in the accompanying Affidavit of Steve Tuma simultaneously served and filed ("Tuma Aff."), Sound is a long-standing tenant at East Hampton Airport (the "Airport") and has operated as a Fixed Based Operator ("FBO") for over thirty (30) years. Tuma Aff, ¶1.

10. Sound is the sole provider of aviation services to aircraft at the Airport. Id. ¶4, Sound is entirely reliant on an operational airport for the very existence of its business. Id., ¶6. There are no other airports from which Sound operates. Id., ¶5.

11. An extended closure of the Airport for the duration of these proceedings would, at a minimum, significantly harm Sound's business. Id., ¶12. A permanent closure of the Airport by the Town would most definitely be fatal. Id., ¶12.

12. This Court's Monday, May 17, 2022 Temporary Restraining Orders in the three related matters substantially impact Sound. Id., ¶14. The nighttime May 17, 2022, letter from the Federal Aviation Administration ("FAA") to Respondent Town of East Hampton ("Town") ("FAA Letter") further impacts Sound for a variety of articulated safety reasons. The Town's May 18, 2022 Emergency Motion to Vacate or Modify TRO further frames the impacts of this Court's Orders, and especially the implementation of those Orders, following issuance of the FAA's letter. Id., ¶16-18.

13. The Court's Orders, the FAA Letter and future actions of this Court have the potential for significant impacts upon Sound including, but not limited to, what type of operations

should be expected at the Airport and ensuring that Sound has the personnel and resources to provide services for the operations that are anticipated at the Airport.

## Argument

14. As detailed herein and in the accompanying Tuma Aff., Sound is an interested party. What occurs at the Airport has very real and substantial consequences on Sound. In particular, Sound must be ready and able to provide the required services at the Airport pursuant to its lease with the Town. Being ready and able to provide the services, means that Sound must have the equipment, resources and personnel to provide the required services.

15. The uncertainty and confusion regarding the status of the Airport and operations anticipated at the Airport create substantial difficulties for Sound in planning for the equipment, resources and personnel.

16. The foregoing demonstrates that Sound is an interested party who should receive notice of the proceedings and have an opportunity to be heard if its interests are implicated.

17. Allowing Sound to intervene in the above captioned matter will not delay proceedings and no party could claim prejudice for allowing Sound to receive notice and be heard on matters relating to the continued viability of its business.

18. As this matter is rapidly developing with orders to show cause being presented almost daily on a variety of issues, Sound respectfully requests that this matter be addressed urgently.

## Conclusion

19. For each the foregoing reasons and those set forth in the accompanying Tuma Aff, Sound respectfully requests that the Court grant the instant application and allow Sound to intervene in the above captioned matter, receive notice going forward and have an

opportunity to be heard regarding matters that directly impact Sound's continued viability

as the sole provider of FBO services at the Airport.

Dated:        May 19, 2022

Alison L. Squiccimarro



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

**602801/2022**

**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**

**Assigned Judge: Paul J Baisley**

### Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
|-------|---------------|
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

### Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN** - berlinm@gtlaw.com

**PHILIP M. BOWMAN** - pbowman@cooley.com

**BRIAN C. DOYLE** - Brian.Doyle@gtlaw.com

**DALE R. GOLDSTEIN** - goldsteind@gtlaw.com

**JOHN J. HENRY** - JHenry@woh.com

**ADAM M. KATZ** - akatz@cooley.com

**ADAM B. KIRSCHBAUM** - kirschbauma@gtlaw.com

**CHRISTOPHER M. MCDONALD** - cmcdonald@woh.com

**CHRISTOPHER A. RENKE** - carenke@lgdlaw.com

**NICHOLAS C. RIGANO** - nrigano@riganollc.com

**STEVEN C. RUSSO** - russos@gtlaw.com

**DANIEL A. RUZOW** - druzow@woh.com

**Alison Squiccimarro** - als@lopal.com

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------)
In the Matter of the Application of:                       )          Index No. 602801/2022
                                                           )
The Coalition to Keep East Hampton Airport                 )          Hon. Paul J. Baisley, J.S.C.
Open, Ltd., Andrew Sabin, Michael Mancuso,                 )
Edmond Chakmakian, Kelly Bloss, Jennifer Faga,             )
Robert Aspenleiter, Thomas Griffin, Douglas                )
Donaldson, Harry Ellis, and Dr. George                     )
Dempsey,                                                    )
                                                           )
                           Petitioners.                    )
                                                           )
For a Judgment Pursuant to CPLR Article 78                 )
                                                           )
        -against-                                          )
                                                           )
TOWN OF EAST HAMPTON                                       )
                                                           )
                           Respondents.                    )
                                                           )
                                                           )
-----------------------------------------------------------)

**AFFIDAVIT OF STEVE TUMA IN SUPPORT OF APPLICATION FOR
INTERVENTION OF SOUND AIRCRAFT SERVICES, INC. IN THE ABOVE
CAPTIONED MATTER**

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

**STEVE TUMA**, being duly sworn, deposes and says:

1. I am the President and Chief Executive Officer of Sound Aircraft Services Inc. ("Sound"). Sound started operations at East Hampton Airport (the "Airport") in July of 1990 and expanded to offer fixed-based-operator ("FBO") services on or about 1995.

2. I make this Affidavit in support of Sound's application to intervene in the above captioned matter so that it will receive notice of and have an opportunity to be heard at future proceedings in this matter.

3. I am a lifelong resident of the Town of East Hampton (the "Town").

4. Sound is currently a tenant at the Airport and has a Lease and Operating Agreement with the Town. Sound is the sole provider of these services at the Airport.

5. Sound does not operate at any other airport.

6. Sound's continued existence is dependent on an operational Airport.

7. The Lease and Operating Agreement with the Town requires that Sound provide fuel, line service, and passenger handling services ("required services") at the Airport.

8. The equipment, resources and personnel required for Sound to provide the required services varies by the anticipated operations and demands at the Airport. Simply stated, changes in the number of operations at the Airport dramatically impact the demands placed on Sound in terms of having the equipment, resources, and personnel to meet the demands of increased operations. Likewise, a significant reduction or elimination of operations at the Airport will impact Sound because it will not have the revenue to support the equipment, resources and personnel on hand. Depending on the significance of the change in demands, time may be required to adjust to meet the needs of the Airport and remain compliant with the terms of the Lease.

9. Presently, Sound and I support the Town's efforts to close the Airport temporarily for thirty-three (33) hours and reopen as JPX a private use airport where the Town can implement a Private Permission Required system for operations.

10. The Town has convinced me that it is sincere in its actions and that its efforts to implement a Private Permission Required system for operations will lead to a sustainable solution whereby the Airport will continue to operate and be able to sustain itself for years to come.

11. The Town has previously made clear that if it is unable to find a sustainable solution it will close the Airport.

12. Should the Airport close permanently or for an extended period of time it will directly and substantially impact Sound's business and its continuing viability.

13. Based on the Town's plans, I have engaged in extensive business planning to ensure the continued compliance with my Lease and Operating Agreement with the Town and to keep my business viable through this transition.

14. The Temporary Restraining Order issued by this Court earlier this week has led to confusion and uncertainty and placed strain on Sound's efforts to ensure the resources to meet the needs of the Airport.

15. In addition to managing the quickly changing requirements and demands, over the last three (3) days Sound has been forced to deal with an onslaught of calls from its customers seeking clarity on whether they can safely and legally operate from the Airport.

16. In direct response to the Temporary Restraining Orders, on May 17, 2022, the Federal Aviation Administration ("FAA") wrote a letter to the Town ("FAA May 17, 2022 Letter"). A true and accurate copy of the FAA May 17, 20222 Letter is annexed hereto as Attachment 1.

17. The FAA May 17, 2022 Letter states "... the paramount concern of the FAA is assuring aviation safety, including during the process of the activation or deactivation of an airport pursuant to 14 CFR part 157. The deactivation of East Hampton airport is a process that cannot

be quickly, and more importantly safely stopped, or undone, by the FAA, as certain steps have already been taken…". *See* FAA May 17, 2022 Letter at paragraph 2.

18. The FAA May 17, 2022 Letter further states "As a result of the actions already taken and processes in place, the FAA has significant concern that the Court and the parties have introduced a major safety issue into this complex airspace system." *See* FAA May 17, 2022 Letter at paragraph 8.

19. Sound has an interest in the above captioned matter to the extent that it implicates the future of the Airport, Sound's leasehold interest, and the future operation of Sound's business.

20. Sound's interest differs from the Town's interests because Sound has a leasehold interest and is a private business dependent on the continuing operation of the premises as an Airport.

21. Sound's interest differs from Petitioners in that Sound is the sole operating FBO at the Airport and is responsible for providing all services to aircraft at the Airport.

22. For the foregoing reasons, I respectfully request that Sound be permitted to intervene in the within matter such that it will receive notice of future proceedings and have an opportunity to be heard on such matters as they relate to Sound's ongoing business at the Airport.

STEVE TUMA

Sworn before me this
___ day of May, 2022

Notary Public

Cheryl J. Pharaoh
Notary Public-State of New York
No. 01PH6181999
Qualified in Suffolk County
My Commission Expires Feb. 11, 2024



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

**602801/2022**

**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**

**Assigned Judge: Paul J Baisley**

### Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
|-------|---------------|
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

### Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN** - berlinm@gtlaw.com

**PHILIP M. BOWMAN** - pbowman@cooley.com

**BRIAN C. DOYLE** - Brian.Doyle@gtlaw.com

**DALE R. GOLDSTEIN** - goldsteind@gtlaw.com

**JOHN J. HENRY** - JHenry@woh.com

**ADAM M. KATZ** - akatz@cooley.com

**ADAM B. KIRSCHBAUM** - kirschbauma@gtlaw.com

**CHRISTOPHER M. MCDONALD** - cmcdonald@woh.com

**CHRISTOPHER A. RENKE** - carenke@lgdlaw.com

**NICHOLAS C. RIGANO** - nrigano@riganollc.com

**STEVEN C. RUSSO** - russos@gtlaw.com

**DANIEL A. RUZOW** - druzow@woh.com

**Alison Squiccimarro** - als@lopal.com

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of  2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

-----------------------------------------------------------------)

In the Matter of the Application of:                              )        Index No. 602801/2022
                                                                 )
The Coalition to Keep East Hampton Airport                       )        Hon. Paul J. Baisley, J.S.C.
Open, Ltd., Andrew Sabin, Michael Mancuso,                       )
Edmond Chakmakian, Kelly Bloss, Jennifer Faga,                   )
Robert Aspenleiter, Thomas Griffin, Douglas                      )
Donaldson, Harry Ellis, and Dr. George                           )
Dempsey,                                                         )
                                                                 )
                        Petitioners.                             )
                                                                 )
For a Judgment Pursuant to CPLR Article 78                       )
                                                                 )
        -against-                                                )
                                                                 )
TOWN OF EAST HAMPTON                                              )
                                                                 )
                        Respondents.                             )
                                                                 )
                                                                 )
-----------------------------------------------------------------)

## AFFIRMATION OF SERVICE

Alison L. Squiccimarro, an attorney duly admitted to practice before the courts of the

State of New York, states the following under penalty of perjury:

1. I am associated with the Law Offices of Paul A. Lange, LLC, counsel to Sound Aircraft

   Services, Inc.;

2. that on the 19th day of May, 2022, I served the within **ORDER TO SHOW CAUSE,**

   **AFFIRMATION OF URGENCY IN SUPPORT OF INTERVENOR'S ORDER TO**

   **SHOW CAUSE, AND AFFIDAVIT OF STEVE TUMA IN SUPPORT OF**

   **APPLICATION FOR INTERVENTION OF SOUND AIRCRAFT SERVICES,**

   **INC. IN THE ABOVE CAPTIONED MATTER** by emailing a true and accurate copy

   to:

Steven C. Russo, Esq.
Michael A. Berlin, Esq.
Adam Kirschbaum, Esq.
*Attorneys for Petitioners*
Greenberg Traurig, LLP
One Vanderbilt Ave.
New York, NY 10017
russos@gtlaw.com
berlinm@gtlaw.com
kirschbaum@gtlaw.com

Brian C. Doyle, Esq.
Michael E. Mirdamadi, Esq.
*Attorneys for Petitioners*
Greenberg Traurig, LLP
2317 Montauk Highway
Bridgehampton, NY 11932
Brian.doyle@gtlaw.com
Mike.mirdamadi@gtlaw.com

Philip M. Bowman, Esq.
*Attorney for Respondent*
Cooley LLP
55 Hudson Yards
New York, NY 10001
pbowman@cooley.com

William V. O'Connor, Esq.
*Attorney for Respondent*
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
woconnor@cooley.com

Andrew D. Barr, Esq.
*Attorney for Respondent*
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
abarr@cooley.com

Adam M. Katz, Esq.
*Attorney for Respondent*
Cooley LLP
500 Boylston St.
Boston, MA 02116

akatz@cooley.com

Dan Ruzow, Esq.
John Henry, Esq.
Christopher McDonald, Esq.
*Attorneys for Respondent*
Whiteman Osterman & Hanna LLP
One Commerce Plaza, 19th Floor
Albany, NY 12260
druzow@woh.com
jhenry@woh.com
cmcdonald@woh.com

Nicholas Rigano, Esq.
*Attorney for Respondent*
Rigano LLC
538 Broadhollow Road
Melville, NY 11747
nrigano@riganollc.com

3. I am over the age of 18 and not a party to this action.

Alison L. Squiccimarro



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:38 PM. Please keep this notice as a confirmation of this filing.

**602801/2022**

**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**

**Assigned Judge: Paul J Baisley**

## Documents Received on   05/19/2022 04:38 PM

| Doc # | Document Type |
| --- | --- |
| 380 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 381 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 382 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 383 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)     Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602801/2022**
**The Coalition to Keep East Hampton Airport Open, Ltd. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:38 PM:

**MICHAEL A. BERLIN** - berlinm@gtlaw.com

**PHILIP M. BOWMAN** - pbowman@cooley.com

**BRIAN C. DOYLE** - Brian.Doyle@gtlaw.com

**DALE R. GOLDSTEIN** - goldsteind@gtlaw.com

**JOHN J. HENRY** - JHenry@woh.com

**ADAM M. KATZ** - akatz@cooley.com

**ADAM B. KIRSCHBAUM** - kirschbauma@gtlaw.com

**CHRISTOPHER M. MCDONALD** - cmcdonald@woh.com

**CHRISTOPHER A. RENKE** - carenke@lgdlaw.com

**NICHOLAS C. RIGANO** - nrigano@riganollc.com

**STEVEN C. RUSSO** - russos@gtlaw.com

**DANIEL A. RUZOW** - druzow@woh.com

**Alison Squiccimarro** - als@lopal.com

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000       Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
--------------------------------------------------------------)
In the Matter of the Application of:          )

East End Hangars, Inc., Hampton Hangars, Inc.,  )
a/k/a Hampton Hangers, Inc., Thomas Bogdan,  )
Joseph Dryer, Suse Lowenstien, Louise Sasso,  )
and Lyden Restrepo               )

             Petitioners.     )

For a Judgment Under Article 78 of the CPLR   )

      -against-           )

Town of East Hampton, New York,      )

        Respondent.     )
--------------------------------------------------------------)

Index No. 602799/2022

Hon. Paul J. Baisley, J.S.C.

**[PROPOSED] ORDER
TO SHOW CAUSE**

**UPON** reading the annexed Affidavit of Steven Tuma, dated May ___, 2022 and the exhibits annexed thereto, the accompanying Affirmation of Urgency in Support of Intervenor's Order to Show Cause, and upon all of the pleadings and proceedings heretofore and herein, and sufficient cause having been shown,

**LET** Intervenor, by its attorneys, show cause before this Court at IAS Part 36, of the Supreme Court of the State of New York, County of Suffolk, to be held at the Court, located at 1 Court Street, Riverhead, New York, Room _____ on May ____, 2022 at 10:00 o'clock a.m. or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Article 7082(d) of the Civil Practice Law and Rules permitting Sound Aircraft Services, Inc. to intervene in the within matter.

Sufficient cause appearing therefore, it is hereby

**ORDERED** that opposition papers, if any, are to be served upon Intervenor's counsel via e-filing on or before the _____ day of May, 2022; and it is further;

**ORDERED** that reply papers, if any, shall be served upon Petitioner and Respondent's counsel via e-filing on or before the _____ day of May, 2022; and it is further;

**ORDERED** that service of a copy of this order and the papers upon which it is based be made on or before the _____ day of May, 2022 by e-filing same, and that such service shall be deemed good and sufficient notice of this application; and

**ORDERED** that during the pendency of the within application that Sound Aircraft Service, Inc. receive timely notice by service on its respective counsel of all proceedings in the within matter.

_____

Hon. Paul J. Baisley, Jr.



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:41 PM. Please keep this notice as a confirmation of this filing.

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

## Documents Received on   05/19/2022 04:41 PM

| Doc # | Document Type |
|-------|---------------|
| 352 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 353 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 354 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 355 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:41 PM:

**RIYAZ G. BHIMANI - rbhimani@eckertseamans.com**

**PHILIP M. BOWMAN - pbowman@cooley.com**

**JAMES M. CATTERSON - james.catterson@pillsburylaw.com**

**BRIAN C. DOYLE - Brian.Doyle@gtlaw.com**

**JOHN J. HENRY - JHenry@woh.com**

**ADAM M. KATZ - akatz@cooley.com**

**RANDY M. MASTRO - rmastro@gibsondunn.com**

**CHRISTOPHER M. MCDONALD - cmcdonald@woh.com**

**CHRISTOPHER A. RENKE - carenke@lgdlaw.com**

**NICHOLAS C. RIGANO - nrigano@riganollc.com**

**DANIEL A. RUZOW - druzow@woh.com**

**DANIELLE M. STEFANUCCI - danielle.stefanucci@pillsburylaw.com**

**Alison Squiccimarro - als@lopal.com**

**BRIANNA WALSH - brianna.walsh@pillsburylaw.com**

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------------------)

In the Matter of the Application of:        )      Index No. 602799/2022
                                  )

East End Hangars, Inc., Hampton Hangars, Inc.,    )      Hon. Paul J. Baisley, J.S.C.
a/k/a Hampton Hangers, Inc., Thomas Bogdan,    )
Joseph Dryer, Suse Lowenstien, Louise Sasso,    )
and Lyden Restrepo                        )
                                  )
            Petitioners.            )
                                  )

For a Judgment Under Article 78 of the CPLR    )
                                  )
     -against-               )
                                  )

Town of East Hampton, New York,         )
                                  )
            Respondent.         )
                                  )
                                  )

------------------------------------------------------------------)

**AFFIRMATION OF URGENCY IN SUPPORT OF INTERVENOR'S ORDER TO SHOW
<u>CAUSE</u>**

ALISON L. SQUICCIMARRO, an attorney duly admitted to practice law in the courts of this state, hereby affirms under the penalty of perjury, pursuant to CPLR 2106, that the following is true and correct:

1. I am associated with the Law Offices of Paul A. Lange, LLC, with offices located at 445 Park Ave., 9th Floor, New York, NY 10022-8632, and am duly licensed to practice law in the State of New York. My firm represents Sound Aircraft Services, Inc. ("Sound").

2. I submit this affirmation in support of Intervenor's application by order to show cause for intervention in the within matter.

3. I am fully familiar with the facts and circumstances of this case. The following statements are based on my personal knowledge, that of the attorneys in my firm, and information provided by my clients based on their personal knowledge.

4. Pursuant to CPLR 7802(d), proposed intervenor Sound respectfully seeks and Order permitting it to intervene in this matter, receive notice and to be heard as appropriate.

### Legal Standard

5. CPLR §7802(d) is the specific provision governing intervention in CPLR article 78 proceedings. Elinor Homes Co. v. St. Lawrence, 113 A.D.2d 25, 494 N.Y.S. 2d 889 (2d Dept., 1985).

6. CPLR §7802(d) provides: "Other interested persons. The court may direct that notice of the proceeding be given to any person. It may allow other interested persons to intervene."

7. CPLR §7802(d) "grants the court broader power to allow intervention in an article 78 proceeding than is provided pursuant to either CPLR 1012 or 1013 in an action." Elinor Homes Co. v. St. Lawrence, 113 A.D.2d at 28.

8. "The court has discretion to allow intervention in a CPLR article 78 proceeding at any time, provided the movant is an interested person." <u>Elinor Homes Co. v. St. Lawrence</u>, 113 A.D.2d at 28 (citing Siegel, NY Prac §564 (1978)).

<b><u>Factual Allegations</u></b>

9. As detailed more fully in the accompanying Affidavit of Steve Tuma simultaneously served and filed ("Tuma Aff."), Sound is a long-standing tenant at East Hampton Airport (the "Airport") and has operated as a Fixed Based Operator ("FBO") for over thirty (30) years. Tuma Aff, ¶1.

10. Sound is the sole provider of aviation services to aircraft at the Airport. Id. ¶4, Sound is entirely reliant on an operational airport for the very existence of its business. Id., ¶6. There are no other airports from which Sound operates. Id., ¶5.

11. An extended closure of the Airport for the duration of these proceedings would, at a minimum, significantly harm Sound's business. Id., ¶12.  A permanent closure of the Airport by the Town would most definitely be fatal. Id., ¶12.

12. This Court's Monday, May 17, 2022 Temporary Restraining Orders in the three related matters substantially impact Sound. Id., ¶14.  The nighttime May 17, 2022, letter from the Federal Aviation Administration ("FAA") to Respondent Town of East Hampton ("Town") ("FAA Letter") further impacts Sound for a variety of articulated safety reasons.  The Town's May 18, 2022 Emergency Motion to Vacate or Modify TRO further frames the impacts of this Court's Orders, and especially the implementation of those Orders, following issuance of the FAA's letter. Id., ¶16-18.

13. The Court's Orders, the FAA Letter and future actions of this Court have the potential for significant impacts upon Sound including, but not limited to, what type of operations

should be expected at the Airport and ensuring that Sound has the personnel and resources to provide services for the operations that are anticipated at the Airport.

### Argument

14. As detailed herein and in the accompanying Tuma Aff., Sound is an interested party. What occurs at the Airport has very real and substantial consequences on Sound. In particular, Sound must be ready and able to provide the required services at the Airport pursuant to its lease with the Town. Being ready and able to provide the services, means that Sound must have the equipment, resources and personnel to provide the required services.

15. The uncertainty and confusion regarding the status of the Airport and operations anticipated at the Airport create substantial difficulties for Sound in planning for the equipment, resources and personnel.

16. The foregoing demonstrates that Sound is an interested party who should receive notice of the proceedings and have an opportunity to be heard if its interests are implicated.

17. Allowing Sound to intervene in the above captioned matter will not delay proceedings and no party could claim prejudice for allowing Sound to receive notice and be heard on matters relating to the continued viability of its business.

18. As this matter is rapidly developing with orders to show cause being presented almost daily on a variety of issues, Sound respectfully requests that this matter be addressed urgently.

### Conclusion

19. For each the foregoing reasons and those set forth in the accompanying Tuma Aff, Sound respectfully requests that the Court grant the instant application and allow Sound to intervene in the above captioned matter, receive notice going forward and have an

opportunity to be heard regarding matters that directly impact Sound's continued viability

as the sole provider of FBO services at the Airport.

Dated:          May 19, 2022

Alison L. Squicciarro



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:41 PM. Please keep this notice as a confirmation of this filing.

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

## Documents Received on   05/19/2022 04:41 PM

| Doc # | Document Type |
|-------|---------------|
| 352 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 353 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 354 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 355 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:41 PM:

**RIYAZ G. BHIMANI - rbhimani@eckertseamans.com**

**PHILIP M. BOWMAN - pbowman@cooley.com**

**JAMES M. CATTERSON - james.catterson@pillsburylaw.com**

**BRIAN C. DOYLE - Brian.Doyle@gtlaw.com**

**JOHN J. HENRY - JHenry@woh.com**

**ADAM M. KATZ - akatz@cooley.com**

**RANDY M. MASTRO - rmastro@gibsondunn.com**

**CHRISTOPHER M. MCDONALD - cmcdonald@woh.com**

**CHRISTOPHER A. RENKE - carenke@lgdlaw.com**

**NICHOLAS C. RIGANO - nrigano@riganollc.com**

**DANIEL A. RUZOW - druzow@woh.com**

**DANIELLE M. STEFANUCCI - danielle.stefanucci@pillsburylaw.com**

**Alison Squiccimarro - als@lopal.com**

**BRIANNA WALSH - brianna.walsh@pillsburylaw.com**

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
------------------------------------------------------------)
In the Matter of the Application of:                         )        Index No. 602799/2022
                                                            )
East End Hangars, Inc., Hampton Hangars, Inc.,              )        Hon. Paul J. Baisley, J.S.C.
a/k/a Hampton Hangers, Inc., Thomas Bogdan,                 )
Joseph Dryer, Suse Lowenstien, Louise Sasso,               )
and Lyden Restrepo                                          )
                                                            )
                    Petitioners.                            )
                                                            )
For a Judgment Under Article 78 of the CPLR                  )
                                                            )
        -against-                                           )
                                                            )
Town of East Hampton, New York,                             )
                                                            )
                    Respondent.                             )
                                                            )
                                                            )
------------------------------------------------------------)


**AFFIDAVIT OF STEVE TUMA IN SUPPORT OF APPLICATION FOR
INTERVENTION OF SOUND AIRCRAFT SERVICES, INC. IN THE ABOVE
<u>CAPTIONED MATTER</u>**

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF SUFFOLK  )

**STEVE TUMA**, being duly sworn, deposes and says:

1. I am the President and Chief Executive Officer of Sound Aircraft Services Inc. ("Sound"). Sound started operations at East Hampton Airport (the "Airport") in July of 1990 and expanded to offer fixed-based-operator ("FBO") services on or about 1995.

2. I make this Affidavit in support of Sound's application to intervene in the above captioned matter so that it will receive notice of and have an opportunity to be heard at future proceedings in this matter.

3. I am a lifelong resident of the Town of East Hampton (the "Town").

4. Sound is currently a tenant at the Airport and has a Lease and Operating Agreement with the Town. Sound is the sole provider of these services at the Airport.

5. Sound does not operate at any other airport.

6. Sound's continued existence is dependent on an operational Airport.

7. The Lease and Operating Agreement with the Town requires that Sound provide fuel, line service, and passenger handling services ("required services") at the Airport.

8. The equipment, resources and personnel required for Sound to provide the required services varies by the anticipated operations and demands at the Airport. Simply stated, changes in the number of operations at the Airport dramatically impact the demands placed on Sound in terms of having the equipment, resources, and personnel to meet the demands of increased operations. Likewise, a significant reduction or elimination of operations at the Airport will impact Sound because it will not have the revenue to support the equipment, resources and personnel on hand. Depending on the significance of the change in demands, time may be required to adjust to meet the needs of the Airport and remain compliant with the terms of the Lease.

9. Presently, Sound and I support the Town's efforts to close the Airport temporarily for thirty-three (33) hours and reopen as JPX a private use airport where the Town can implement a Private Permission Required system for operations.

10. The Town has convinced me that it is sincere in its actions and that its efforts to implement a Private Permission Required system for operations will lead to a sustainable solution whereby the Airport will continue to operate and be able to sustain itself for years to come.

11. The Town has previously made clear that if it is unable to find a sustainable solution it will close the Airport.

12. Should the Airport close permanently or for an extended period of time it will directly and substantially impact Sound's business and its continuing viability.

13. Based on the Town's plans, I have engaged in extensive business planning to ensure the continued compliance with my Lease and Operating Agreement with the Town and to keep my business viable through this transition.

14. The Temporary Restraining Order issued by this Court earlier this week has led to confusion and uncertainty and placed strain on Sound's efforts to ensure the resources to meet the needs of the Airport.

15. In addition to managing the quickly changing requirements and demands, over the last three (3) days Sound has been forced to deal with an onslaught of calls from its customers seeking clarity on whether they can safely and legally operate from the Airport.

16. In direct response to the Temporary Restraining Orders, on May 17, 2022, the Federal Aviation Administration ("FAA") wrote a letter to the Town ("FAA May 17, 2022 Letter"). A true and accurate copy of the FAA May 17, 20222 Letter is annexed hereto as Attachment 1.

17. The FAA May 17, 2022 Letter states "... the paramount concern of the FAA is assuring aviation safety, including during the process of the activation or deactivation of an airport pursuant to 14 CFR part 157. The deactivation of East Hampton airport is a process that cannot

be quickly, and more importantly safely stopped, or undone, by the FAA, as certain steps have already been taken…". *See* FAA May 17, 2022 Letter at paragraph 2.

18. The FAA May 17, 2022 Letter further states "As a result of the actions already taken and processes in place, the FAA has significant concern that the Court and the parties have introduced a major safety issue into this complex airspace system." *See* FAA May 17, 2022 Letter at paragraph 8.

19. Sound has an interest in the above captioned matter to the extent that it implicates the future of the Airport, Sound's leasehold interest, and the future operation of Sound's business.

20. Sound's interest differs from the Town's interests because Sound has a leasehold interest and is a private business dependent on the continuing operation of the premises as an Airport.

21. Sound's interest differs from Petitioners in that Sound is the sole operating FBO at the Airport and is responsible for providing all services to aircraft at the Airport.

22. For the foregoing reasons, I respectfully request that Sound be permitted to intervene in the within matter such that it will receive notice of future proceedings and have an opportunity to be heard on such matters as they relate to Sound's ongoing business at the Airport.

STEVE TUMA

Sworn before me this
____ day of May, 2022

Notary Public

Cheryl J. Pharaoh
Notary Public-State of New York
No. 01PH6181999
Qualified in Suffolk County
My Commission Expires Feb. 11, 2024



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:41 PM. Please keep this notice as a confirmation of this filing.

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

## Documents Received on   05/19/2022 04:41 PM

| Doc # | Document Type |
|-------|---------------|
| 352 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 353 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 354 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 355 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:41 PM:

RIYAZ G. BHIMANI - rbhimani@eckertseamans.com

PHILIP M. BOWMAN - pbowman@cooley.com

JAMES M. CATTERSON - james.catterson@pillsburylaw.com

BRIAN C. DOYLE - Brian.Doyle@gtlaw.com

JOHN J. HENRY - JHenry@woh.com

ADAM M. KATZ - akatz@cooley.com

RANDY M. MASTRO - rmastro@gibsondunn.com

CHRISTOPHER M. MCDONALD - cmcdonald@woh.com

CHRISTOPHER A. RENKE - carenke@lgdlaw.com

NICHOLAS C. RIGANO - nrigano@riganollc.com

DANIEL A. RUZOW - druzow@woh.com

DANIELLE M. STEFANUCCI - danielle.stefanucci@pillsburylaw.com

Alison Squiccimarro - als@lopal.com

BRIANNA WALSH - brianna.walsh@pillsburylaw.com

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------------)
In the Matter of the Application of:          )
             )
East End Hangars, Inc., Hampton Hangars, Inc.,  )
a/k/a Hampton Hangers, Inc., Thomas Bogdan,  )
Joseph Dryer, Suse Lowenstien, Louise Sasso,  )
and Lyden Restrepo            )
             )
       Petitioners.      )
             )
For a Judgment Under Article 78 of the CPLR   )
             )
   -against-        )
             )
Town of East Hampton, New York,      )
             )
      Respondent.      )
             )
             )
------------------------------------------------------------)

Index No. 602799/2022

Hon. Paul J. Baisley, J.S.C.

## **AFFIRMATION OF SERVICE**

Alison L. Squiccimarro, an attorney duly admitted to practice before the courts of the

State of New York, states the following under penalty of perjury:

1. I am associated with the Law Offices of Paul A. Lange, LLC, counsel to Sound Aircraft

   Services, Inc.;

2. that on the 19th day of May, 2022, I served the within **ORDER TO SHOW CAUSE,**

   **AFFIRMATION OF URGENCY IN SUPPORT OF INTERVENOR'S ORDER TO**

   **SHOW CAUSE, AND AFFIDAVIT OF STEVE TUMA IN SUPPORT OF**

   **APPLICATION FOR INTERVENTION OF SOUND AIRCRAFT SERVICES,**

   **INC. IN THE ABOVE CAPTIONED MATTER** by emailing a true and accurate copy

   to:

James M. Catterson, Esq.
Brianna Walsh, Esq.
Danielle Stefanucci, Esq.
*Attorneys for Petitioners East End Hangars, Inc. and Hampton Hangars, Inc.*
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131
James.catterson@pillsburylaw.com
Brianna.walsh@pillsburylaw.com
Danielle.stefanucci@pillsburylaw.com

Riyaz G. Bhimani, Esq.
*Attorney for Petitioners Thomas Bogdan, Joseph Dryer, Suse Lowenstein, Lynden Restrepo, and
Louise Sasso*
Eckert Seamans Cherin & Mellott LLC
10 Bank Street #700
White Plains, NY 10606
rbhimani@eckertseamans.com

Philip M. Bowman, Esq.
*Attorney for Respondent*
Cooley LLP
55 Hudson Yards
New York, NY 10001
pbowman@cooley.com

William V. O'Connor, Esq.
*Attorney for Respondent*
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
woconnor@cooley.com

Andrew D. Barr, Esq.
*Attorney for Respondent*
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
abarr@cooley.com

Adam M. Katz, Esq.
*Attorney for Respondent*
Cooley LLP
500 Boylston St.
Boston, MA 02116
akatz@cooley.com

Dan Ruzow, Esq.
John Henry, Esq.
Christopher McDonald, Esq.
*Attorneys for Respondent*
Whiteman Osterman & Hanna LLP
One Commerce Plaza, 19th Floor
Albany, NY 12260
druzow@woh.com
jhenry@woh.com
cmcdonald@woh.com

Nicholas Rigano, Esq.
*Attorney for Respondent*
Rigano LLC
538 Broadhollow Road
Melville, NY 11747
nrigano@riganollc.com

3. I am over the age of 18 and not a party to this action.

Alison L. Squiccimarro



# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

The NYSCEF website has received an electronic filing on 05/19/2022 04:41 PM. Please keep this notice as a confirmation of this filing.

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

## Documents Received on   05/19/2022 04:41 PM

| Doc # | Document Type |
|---|---|
| 352 | ORDER TO SHOW CAUSE ( PROPOSED ) |
| 353 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 354 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP |
| 355 | AFFIRMATION/AFFIDAVIT OF SERVICE |

## Filing User

Alison Squiccimarro | als@lopal.com
80 Ferry Blvd, Stratford, CT 06615

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 1 of  2

# NYSCEF Confirmation Notice

## Suffolk County Supreme Court

**602799/2022**
**East End Hangars, Inc. et al v. Town of East Hampton, New York**
**Assigned Judge: Paul J Baisley**

### E-mail Notifications

An email regarding this filing has been sent to the following on 05/19/2022 04:41 PM:

**RIYAZ G. BHIMANI - rbhimani@eckertseamans.com**

**PHILIP M. BOWMAN - pbowman@cooley.com**

**JAMES M. CATTERSON - james.catterson@pillsburylaw.com**

**BRIAN C. DOYLE - Brian.Doyle@gtlaw.com**

**JOHN J. HENRY - JHenry@woh.com**

**ADAM M. KATZ - akatz@cooley.com**

**RANDY M. MASTRO - rmastro@gibsondunn.com**

**CHRISTOPHER M. MCDONALD - cmcdonald@woh.com**

**CHRISTOPHER A. RENKE - carenke@lgdlaw.com**

**NICHOLAS C. RIGANO - nrigano@riganollc.com**

**DANIEL A. RUZOW - druzow@woh.com**

**DANIELLE M. STEFANUCCI - danielle.stefanucci@pillsburylaw.com**

**Alison Squiccimarro - als@lopal.com**

**BRIANNA WALSH - brianna.walsh@pillsburylaw.com**

**Judith A. Pascale, Suffolk County Clerk - http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx**
Phone: 631-852-2000      Fax: 631-852-3016 (fax)      Website:
http://www.suffolkcountyny.gov/Departments/CountyClerk/EfilingNotice.aspx

**NYSCEF Resource Center, nyscef@nycourts.gov**

Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of  2